UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL HORIZONS, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DEL MONTE FRESH PRODUCE N.A., Inc., <br><br> Defendant. | No. CV 10-4259 ABC (FFMx) <br><br> ORDER TO SHOW CAUSE RE CRIMINAL CONTEMPT <br><br> Date:     November 28, 2011 <br> Time:     10:00 a.m. <br> Courtroom: 680 |

## ORDER TO SHOW CAUSE

**MODECHAI ORIAN, YOU ARE HEREBY ORDERED** to appear on November 28, 2011 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 680 of the above referenced court located within the Roybal Federal Building, 255 East Temple Street, Los Angeles, California, 90012, then and there to show cause, if any you have, why you should not be adjudged in criminal contempt of this Court and punished accordingly for willfully disobeying this Court's Order dated February 15, 2011, granting, in part, Del Monte's Motion to Compel Production of Documents, a copy of which order along with a transcript of the proceedings is attached hereto, by failing to produce responsive documents within your possession, custody or control after receiving notice of the order.

Any response to this Order to Show Cause must be filed and served to be received no later than November 7, 2011.

Any reply must be filed and served to be received no later than November 14, 2011.

**IT IS SO ORDERED.**

DATED: October 27, 2011

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-4259 ABC (FFMx) | Date | February 15, 2011 |
| Title | GLOBAL HORIZONS Inc. v. DEL MONTE FRESH PRODUCE N.A., Inc. | | |

Present: The Honorable   Frederick F. Mumm, United States Magistrate Judge

| J. Muñoz | CS 02/15/11 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **DEFENDANT'S MOTION TO COMPEL**

Case called regarding defendant's motion to compel.

The Court grants in part and denies in part defendant's motion to compel as stated on the record.

Attorney fees are granted against Global Horizons Inc. in the amount of $10,600.

                                          : 05

Initials of Preparer     JM

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

GLOBAL HORIZONS, INC., )
                              )
    PLAINTIFF,             )
                              )
    VS.                        ) CASE NO. CV 10-4259-ABC(FFMX)
                              )
DEL MONTE FRESH PRODUCE )
N.A., INC.,               )
                            ) LOS ANGELES, CALIFORNIA
                            ) FEBRUARY 15, 2011
                            ) (10:44 A.M. TO 10:45 A.M.)
    DEFENDANT.            )
_____)

HEARING
BEFORE THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| APPEARANCES: | SEE NEXT PAGE |
| COURT REPORTER: | RECORDED; COURT SMART |
| COURTROOM DEPUTY: | JAMES MUNOZ |
| TRANSCRIBER: | DOROTHY BABYKIN<br>COURTHOUSE SERVICES<br>1218 VALEBROOK PLACE<br>GLENDORA, CALIFORNIA 91740<br>(626) 963-0566 |

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING; TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

Case 2:10-cv-04259-ABC-FFM Document 22 Filed 02/24/11 Page 2 of 5 Page ID #:288
Case 2:10-cv-04259-ABC-FFM Document 59 Filed 10/27/11 Page 5 of 8 Page ID #:1695

2

```
 1    APPEARANCES:  (CONTINUED)
      FOR THE PLAINTIFF:      (NO APPEARANCE.)
 2

 3    FOR THE DEFENDANT:      (NO APPEARANCE.)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:10-cv-04259-ABC-FFM Document 52 Filed 02/24/11 Page 3 of 5 Page ID #:1289

3

```
 1                    I N D E X
    CASE NO. CV 10-4259-ABC(FFMX)          FEBRUARY 15, 2011
 2
    PROCEEDINGS:  DEFENDANT'S MOTION TO COMPEL
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:10-cv-04259-ABC-FFM Document 22 Filed 02/24/11 Page 4 of 5 Page ID #:290
Case 2:10-cv-04259-ABC-FFM Document 59 Filed 10/27/11 Page 7 of 8 Page ID #:1697

4

1  LOS ANGELES, CALIFORNIA; TUESDAY, FEBRUARY 15, 2011; 10:44 A.M.

2        THE CLERK: CALLING CASE CV 10-4259, GLOBAL

3  HORIZONS VERSUS DEL MONTE FRESH PRODUCE.

4        THE COURT: ALL RIGHT.  NO PARTY HAS SHOWN UP FOR

5  THIS.  I UNDERSTAND THAT THE PLAINTIFF/JUDGMENT DEBTOR HAS

6  NOT FILED ANY OPPOSITION.

7        THE DEFENDANT/JUDGMENT CREDITOR HAS REQUESTED THAT

8  HE BE EXCUSED FROM APPEARING THIS MORNING.

9        SO, I WILL READ MY ORDER.

10       THE MOTION IS GRANTED WITH RESPECT TO REQUEST

11  NUMBERS 1, 2, 7, 8, 10, 11, 12, 14, 23, 26, 27, AND 29.

12       IT'S DENIED WITH RESPECT TO NUMBERS 32, 33 AND 34.

13       THERE HAS BEEN NO GOOD CAUSE SHOWN FOR THE

14  PRODUCTION OF THOSE DOCUMENTS.  THEY APPEAR TO BE UNDULY

15  BURDENSOME AND NOT SUFFICIENTLY RELEVANT TO ANY CLAIM OR

16  DEFENSE IN THE MATTER.

17       TO THE EXTENT THAT THE PLAINTIFF/JUDGMENT DEBTOR

18  RESPONDS THAT DOCUMENTS DO NOT EXIST, IT MUST EXPLAIN IF THE

19  DOCUMENTS EVER DID EXIST AND, IF SO, WHAT HAPPENED TO THEM

20  AND WHEN.  OR THAT THEY NEVER EXISTED AND WHY.

21       THE ATTORNEY'S FEES WILL BE ORDERED AGAINST GLOBAL

22  HORIZONS, INC. IN THE AMOUNT REQUESTED BY THE DEFENDANT

23  JUDGMENT/CREDITOR.

24       IT IS SO ORDERED.

25       THE CLERK: COURT IS NOW ADJOURNED.

5

```
 1            (PROCEEDINGS CONCLUDED 10:45 A.M.)
 2
 3                    C E R T I F I C A T E
 4
 5        I CERTIFY THAT THE FOREGOING IS A CORRECT
 6   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
 7   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 8
 9
10
11   DOROTHY BABYKIN                          2/24/11
12   _____          _____
13   FEDERALLY CERTIFIED TRANSCRIBER          DATED
14   DOROTHY BABYKIN
15
16
17
18
19
20
21
22
23
24
25
```